UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL OJEDA, | ) Case No. CV 09-7612-PA(RC) |
| Petitioner, | ) |
| vs. | ) |
| | ) JUDGMENT |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | ) |
| Respondent. | ) |

Pursuant to the Opinion and Order,

IT IS ADJUDGED that this action be SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: October 30, 2009

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

R&R-MDO\09-7612.jud
10/30/09